Case 1:97-cr-00337-BEL  Document 44  Filed 04/12/2007  Page 1 of 2

U.S. DISTRICT COURT (Rev. 2/2005) Sheet 1 - Judgment in a Criminal Case for Revocations with Supervised Release    Judgment Page 1 of 2

Kam'

# United States District Court
## District of Maryland

FILED
U.S. DISTRICT COURT
OF MARYLAND
2007 APR 12 P 3: 50
CLERK'S OFFICE
DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** with Supervised Release) |
| | (For Offenses Committed On or After November 1, 1987) |
| NOLAN COLEY | Case Number: L-97-0337 |
| | USM Number: 33218-037 |
| | Defendant's Attorney: THOMAS CROWE, ESQ. |
| | Assistant U.S. Attorney: JAMES FRANCOMANO |

**THE DEFENDANT:**

☐ admitted guilt to violation of conditions(s) _____ of the term of supervision.
☒ was found in violation of _statutory condition_ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| Statutory Condition | Defendant shall not commit any federal, state or local crime (Defendant shall not possess a firearm) | 12/6/2005 |

The defendant is adjudged guilty of the violation(s) listed above and sentenced as provided in page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984 as modified by U.S. v. Booker, 125 S. Ct. 738 (2005).

☒ Supervised release is revoked.
☒ The violations of standard conditions #2 & #11 are dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

APRIL 11, 2007
Date of Imposition of Judgment

*Benson Legg*   April 12, 2007
BENSON EVERETT LEGG, CHIEF    Date
UNITED STATES DISTRICT JUDGE

Name of Court Reporter: Gail Simpkins

U.S. DISTRICT COURT (Rev. 11/99) Sheet 2 - Judgment in a Criminal Case for Revocations with Supervised Release          Judgment Page 2 of 2

**DEFENDANT:**   NOLAN COLEY                                   **CASE NUMBER:** L-97-0337

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __21__ months. Defendant shall be given credit for a period of eleven months and ten days in pre-trial detention.

☐   The court makes the following recommendations to the Bureau of Prisons:

☐   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:

   ☐   at _____ a.m./p.m. on _____.
   ☐   as notified by the United States Marshal.

☒   The defendant shall surrender, at his/her own expense, to the institution designated by the Bureau of Prisons at the date and time specified in a written notice to be sent to the defendant by the United States Marshal. If the defendant does not receive such a written notice, defendant shall surrender to the United States Marshal:

   X before 2 p.m. on __60 days from today's date (June 11, 2007) or when designated by the Bureau of Prisons, whichever comes first__.

**A defendant who fails to report either to the designated institution or to the United States Marshal as directed shall be subject to the penalties of Title 18 U.S.C. §3146. If convicted of an offense while on release, the defendant shall be subject to the penalties set forth in 18 U.S.C. §3147. For violation of a condition of release, the defendant shall be subject to the sanctions set forth in Title 18 U.S.C. §3148. Any bond or property posted may be forfeited and judgment entered against the defendant and the surety in the full amount of the bond.**

# RETURN

I have executed this judgment as follows:

   Defendant delivered on _____ to _____ at _____
   _____, with a certified copy of this judgment.

                                        _____
                                        UNITED STATES MARSHAL

                            By:         _____
                                        DEPUTY U.S. MARSHAL